# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139800-1

PATRICIA PORTER, a/k/a PATRICIA
HENKEL,
       Plaintiff-Appellant,

v

EDWARD W. PORTER,
       Defendant-Appellee.

SC: 139800
COA: 284086
Wayne CC: 95-525527-DM

_____/

PATRICIA GRAVEL-HENKEL,
       Plaintiff-Appellant,

v

EDWARD W. PORTER,
       Defendant-Appellee.

SC: 139801
COA: 285095
Wayne CC: 95-525527-DM

_____/

On order of the Court, the application for leave to appeal the September 1, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

p0719